**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| Just City, Inc.,<br><br>                    Plaintiff,<br><br>v.<br><br>Floyd Bonner Jr., Shelby County Sheriff, *et al.*,<br><br>                    Defendants. | Case No. 24-cv-2540 |

**NOTICE PURSUANT TO RULE 5.1 OF THE
FEDERAL RULES OF CIVIL PROCEDURE**

This action raises the question whether 2024 Tenn. Pub. Acts Ch. 869 violates the right to due process and the right against wealth-based detention under the Fourteenth Amendment to the United States Constitution. This question is raised in the Complaint and in the Motion for Preliminary Injunction and Expedited Declaratory Judgment. Plaintiff will serve this notice promptly on the Tennessee Attorney General by certified or registered mail or by sending it to an electronic address designated by the attorney general for this purpose.

Respectfully submitted,

/s/ Trisha Trigilio
Trisha Trigilio
   Tex. Bar No. 24075179
Julian Clark
Ashika Verriest
Brandon Buskey
American Civil Liberties Union Foundation
Criminal Law Reform Project
125 Broad Street, 17th Floor
New York, NY 10004
(347) 302-2797

Stella Yarbrough
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
 syarbrough@aclu-tn.org

trishat@aclu.org

Craig S. Waldman
David Elbaum
Jared Quigley
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
cwaldman@stblaw.com
david.elbaum@stblaw.com
jared.quigley@stblaw.com

*Attorneys for Plaintiff*
*Pro hac vice* motions forthcoming