Case: **2:24−cv−02540**
Assigned To : **Parker, Thomas L.**
Referral Judge: **Pham, Tu M.**
Assign. Date : **7/31/2024**
Description: **Just City, Inc. v. Bonner et al**

1