# Simpson Thacher & Bartlett LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017-3954

———

TELEPHONE: +1-212-455-2000
FACSIMILE: +1-212-455-2502

| Direct Dial Number | E-mail Address |
|---|---|
| +1-212-455-2861 | david.elbaum@stblaw.com |

August 23, 2024

<u>**VIA ECF**</u>

The Honorable Thomas L. Parker
United States District Judge
Western District of Tennessee
Odell Horton Federal Building
167 North Main Street
Memphis, TN 38103

    Re: *Just City, Inc. v. Bonner et. al*, Case No. 2:24-cv-02540-TLP-tmp

Dear Judge Parker:

    We write on behalf of Plaintiff Just City, Inc. and joined by Defendants to supplement and clarify the record of the status conference on August 20, 2024. During the conference, there was a discussion concerning the Tennessee Attorney General as a potentially-interested party since this Action challenges the constitutionality of a state statute. Ashika Verriest, counsel for Plaintiff, stated that Plaintiff had notified the Office of the Attorney General of the status conference. We note for the record that two attorneys with the Office of the Attorney General, Miranda Jones and Brian Enright, were present on Teams during the status conference.

    We appreciate the Court's attention to this matter.

                                                      Respectfully submitted,

                                                      */s/David Elbaum*
                                                      David Elbaum

cc:    All counsel of record (via ECF)
        Miranda Jones, Esq. (by email)
        Brian Enright, Esq. (by email)