IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JUST CITY, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:24-cv-2540-TLP-tmp ) ) |
| SHERIFF FLOYD BONNER, JR., et al., | ) ) |
| Defendants. | ) ) |

**ORDER GRANTING INTERVENTION AND EXTENDING DEADLINE AND PAGE LENGTH FOR REPLY BRIEF**

The Tennessee Attorney General, on behalf of the State of Tennessee, moves unopposed to intervene under 28 U.S.C. § 2403(b) and Fed. R. Civ. P. 5.1 to defend the constitutionality of Tennessee's new law, HB 1719. (ECF No. 40.) "In any action, suit, or proceeding in a court of the United States to which a State . . . is not a party, wherein the constitutionality of any statute of that State affecting the public interest is drawn in question, the court . . . shall permit the State to intervene . . . ." 28 U.S.C. § 2403(b). For good cause shown, the motion to intervene (ECF No. 40) is **GRANTED**, and the Court respectfully **DIRECTS** the Clerk of Court to file ECF No. 40-1 as the State's response in opposition to Just City's motion for preliminary injunction and expedited declaratory judgment (ECF No. 2). The State may participate in oral argument scheduled for September 23, 2024, and has through October 4, 2024, to respond to Just City's Complaint (ECF No. 1).

Given the State's motion to intervene, Just City moves unopposed to reply to the Defendants' and the State's briefs in opposition to its motion for preliminary injunction in a

1

single reply brief, to extend the deadline to reply by one week, and to increase the page limit of its reply to ten pages. (ECF No. 42.) For good cause shown, Just City's motion to extend the deadline and length of its reply is **GRANTED**. Just City has through September 13, 2024, to file a single reply brief, and the Court extends the page limit for the reply to ten pages.

    **SO ORDERED**, this 4th day of September, 2024.

                                                s/ Thomas L. Parker
                                                THOMAS L. PARKER
                                                UNITED STATES DISTRICT JUDGE