# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **Just City, Inc.**, and class representatives **Deangelo Towns** and **Marshawn Barnes,** on behalf of themselves and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>Floyd Bonner Jr.,<br> **Shelby County Sheriff**;<br><br>Lee Wilson,<br> **Presiding Shelby County General**<br> **Sessions Criminal Court Judge**; and<br><br>John Marshall, Robert Barber, Rhonda Harris, Kevin Reed, Christopher Ingram, Shayla Purifoy, Ross Sampson, Serena Gray, Terita Hewlett, Mischelle Best, Kenya Smith, Zayid Saleem, Kathy Kirk Johnson, Leslie Mozingo,<br> **Shelby County Judicial**<br> **Commissioners**,<br><br>in their official capacities,<br><br>       Defendants. | Case No. 2:24-cv-2540-TLP-tmp |

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Subject to the Court's resolution of Plaintiffs' motion for leave to amend the Complaint and add them as parties to this action, which is being filed together with this motion, Plaintiffs, by and through undersigned counsel, hereby move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for the entry of an Order certifying this matter as a class action under Rule 23(b)(2) and designating undersigned counsel as class counsel. The grounds for this motion are set forth in the attached Memorandum and accompanying Exhibits in support.

1

WHEREFORE, Plaintiffs respectfully move this Court to:

1. Enter an Order certifying the Class pursuant to Rule 23(b)(2), with the following class definition:

    All people in the custody of the Shelby County Sheriff who are detained under bail orders issued by Shelby County judges pursuant to Tenn. Code Ann. § 40-11-118(b), as amended by HB 1719, without consideration of their ability to pay.

2. Designate undersigned counsel as class counsel.

Dated: March 5, 2025

Respectfully submitted,

*/s/ Trisha Trigilio*
Trisha Trigilio* (Tex. Bar No. 27075179)
Ashika Verriest* (DC Bar No. 90001468)
Brandon Buskey
American Civil Liberties Union Foundation
Criminal Law Reform Project
125 Broad Street, 17th Floor
New York, NY 10004
(347) 302-2797
trishat@aclu.org
averriest@aclu.org
bbuskey@aclu.org

Stella Yarbrough (Tenn. Bar No. 033637)
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org

Craig S. Waldman* (NY Bar No. 4337986)
David Elbaum* (NY Bar No. 2779049)
Jared Quigley* (NY Bar No. 5937412)
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-2000
cwaldman@stblaw.com
david.elbaum@stblaw.com
jared.quigley@stblaw.com

*Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I, Trisha Trigilio, certify that on March 5, 2025, I caused a true and correct copy of the foregoing document to be filed electronically via the ECF system.

Respectfully submitted,

/s/ Trisha Trigilio_____

16

## CERTIFICATE OF CONSULTATION WITH COUNSEL

I, Trisha Trigilio, certify that beginning February 28, 2025, I emailed counsel for Defendants, Jasen Durrence and Julia Hale, and counsel for the State, Steven Griffin, Brian Enright, and Jacob Durst, regarding their position on Plaintiffs' motion for leave to file a proposed amended complaint adding class action claims. The Defendants are opposed to the motion for class certification.

With regard to the State, after Plaintiffs reiterated their request, Mr. Griffin responded at 4:31 PM March 5, 2025, to state that the State takes no position with respect to the motion for leave to file the proposed amended complaint adding class action claims. Plaintiffs responded at 5:33 PM to seek the State's position on the class certification motion itself. Mr. Griffin responded at 5:38 PM that he would get back to the Plaintiffs regarding the motion for class certification. Plaintiffs emailed Mr. Griffin at 10:45 PM to let him know that Plaintiffs would file this motion shortly and seek any update on the State's position.

Respectfully submitted,

/s/ Trisha Trigilio_____