IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

| | |
|---|---|
| JUST CITY, INC., et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Action No. 2:24-cv-2540-TLP-tmp |
| FLOYD BONNER, JR., et al., | ) Judge Parker |
| *Defendants*, | ) Magistrate Judge Pham |
| and | ) |
| STATE OF TENNESSEE, | ) |
| *Intervenor*. | ) |

**STATE OF TENNESSEE'S NOTICE OF EXPANDED INTERVENTION**

The State of Tennessee, by and through the Office of the Tennessee Attorney General, intervened in this matter pursuant to 28 U.S.C. § 2403(b) and Fed. R. Civ. P. 5.1 for the limited purpose of defending the constitutionality of the 2024 amendment to Tenn. Code Ann. § 40-11-118(b)(2). *See* Order, ECF No. 40. Plaintiff alleged in its original complaint that the 2024 amendment violates the Due Process Clause and Equal Protection Clause of the Fourteenth Amendment based on "fundamentally unfair procedures" and "discriminatory wealth-based detention." (Complaint, ECF No. 1, PageID## 12-13.) On March 6, 2025, the Court granted Plaintiff leave to file an amended complaint, which includes a new claim under the Due Process Clause of the Fourteenth Amendment that the challenged statute is void for vagueness. *See* First Amended Class Action Complaint (ECF 75-2) at PageID# 756; Text Order (ECF 77).

Accordingly, the State respectfully gives notice of its intent to expand the scope of its Rule 5.1 intervention and defend the constitutionality of the 2024 amendment to § 40-11-118(b)(2)

against the claims alleged in the amended complaint, including the newly added vagueness claim. The State reiterates that it will not be participating in discovery or other matters in this case unrelated to the defense of the constitutionality of Tennessee law.

        Respectfully submitted,

        JONATHAN SKRMETTI
        Attorney General and Reporter

        */s/ Steven J. Griffin*
        STEVEN J. GRIFFIN (BPR #040708)
        *Senior Counsel for Strategic Litigation*
        JACOB DURST
        *Strategic Litigation Counsel*
        BRIAN ENRIGHT
        *Assistant Attorney General*
        Office of the Tennessee Attorney General
        P.O. Box 20207
        Nashville, Tennessee 37202
        (615) 741-9598
        steven.griffin@ag.tn.gov

        *Counsel for Nonparty Intervenor State of Tennessee*

## CERTIFICATE OF SERVICE

I certify that on March 10, 2025, the foregoing document was filed through the Court's ECF/PACER system, which served notice of filing on the following counsel of record:

Trisha Trigilio
Andrea Woods
Ashika Verriest
Julian Clark
American Civil Liberties Union Foundation
125 Broad St., 17th Floor
New York, NY 10004
(347) 302-2797
trishat@aclu.org
andrea@budgeandheipt.com
averriest@aclu.org
jclark@aclu.org

Stella Marie Yarbrough
American Civil Liberties Union
Foundation of Tennessee
P.O. Box 120160
Nashville, TN 37212
(615) 320-7142
syarbrough@aclu-tn.org

Craig Waldman
David Elbaum
Jared Quigley
Simpson Thatcher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017
(212) 455-2954
cwaldman@stblaw.com
david.elbaum@stblaw.com
jared.quigley@stblaw.com

*Counsel for Plaintiffs*

Jasen M. Durrence
Julia M. Hale
Shelby County Attorney's Office
160 N. Main St., Suite 950
Memphis, TN 38103
 (901) 222-2100
jasen.durrence@shelbycountytn.gov
Julia.Hale@shelbycountytn.gov

*Counsel for Defendants*

> */s/ Steven J. Griffin*
> STEVEN J. GRIFFIN