```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
           WESTERN DIVISION
```

_____

| | |
|---|---|
| **JUST CITY, INC., et al.,** )  |  |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | No. 24-cv-2540-TLP-tmp |
| ) | |
| **SHERIFF FLOYD BONNER JR.,** ) | |
| **et al.,** ) | |
| ) | |
| Defendants. ) | |

_____

**ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL**
_____

Before the court by order of reference is plaintiffs Just City, Inc., Deangelo Towns, and Marshawn Barnes' Motion to Compel, filed on June 26, 2025. (ECF Nos. 93, 94.) Plaintiffs assert that defendants Sheriff Floyd Bonner Jr., Presiding Shelby County General Sessions Criminal Judge Lee Wilson, and the members of the Shelby County Judicial Commission failed to respond to plaintiffs' February 3, 2025 Requests for Production. (ECF No. 93 at PageID 990.) In addition, plaintiffs contend that defendants have failed to comply with a February 28, 2025 subpoena served on the Custodian of Records of the Shelby County General Sessions Court seeking the same categories of documents as the Requests for Production. (Id. at PageID 990-91.) Pursuant to Local Rule 7.2, defendants had until July 10, 2025 to file their response. See L.R. 7.2(a)(2).

Defendants did not respond by that deadline, and to date, have not responded to plaintiffs' motion.

Under Local Rule 7.2, "[f]ailure to respond timely to any motion . . . may be deemed good grounds for granting the motion." Id. Because defendants have failed to respond, the undersigned hereby GRANTS plaintiffs' Motion to Compel. Defendants are ORDERED, within twenty days of the entry of this order, to produce the following:

(1) Documents responsive to the Plaintiffs' February 3, 2025 First Set of Requests for Production to Defendants; and

(2) A signed declaration from the Shelby County General Sessions Court Clerk that she conducted a reasonable search of documents responsive to Plaintiffs' February 28, 2025 subpoena to the Custodian of Records of the Shelby County General Sessions Court, Criminal Division, but that no documents were found.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

July 18, 2025
Date