IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JUST CITY, INC., and class representatives DEANGELO TOWNS and MARSHAWN BARNES, on behalf of themselves and all others similarly situated,[1]<br><br>  Plaintiffs,<br><br>v.<br><br>SHERIFF FLOYD BONNER, JR., et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 2:24-cv-02540-TLP-tmp |

**ORDER FOR SUPPLEMENTAL BRIEFING AND ORAL ARGUMENT
AND DIRECTING CLERK TO MODIFY DOCKET**

Having reviewed the Parties' briefs for Plaintiffs' Motion to Certify Class (ECF No. 76), the Court finds that supplemental briefing is necessary. The Court therefore **ORDERS** that any party wishing to file a supplemental brief shall do so by Wednesday, October 22, 2025. The briefs shall be no more than six pages. And they should address only commonality in light of *Speerly v. General Motors, LLC*, 143 F.4th 306, 315–21 (6th Cir. 2025) and related cases.

The Court further **ORDERS** oral argument on Plaintiffs' Motion to Certify Class. The Court will set the date for argument by separate entry.

---

[1] The Court respectfully **DIRECTS** the Clerk to modify the docket to reflect the Plaintiffs listed in the Amendment Complaint. (ECF No. 75.)

1

**SO ORDERED**, this 10th day of October.

                                                s/ Thomas L. Parker
                                               THOMAS L. PARKER
                                               UNITED STATES DISTRICT JUDGE