IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JUST CITY INC., et al., *Plaintiffs* v. SHERIFF FLOYD BONNER JR., et al., *Defendants* | Case No. 2:24-cv-02540-TLP-tmp  Judge Thomas L. Parker Chief Magistrate Judge Tu M. Pham |

## MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

Pursuant to Local Rule 83.5, attorney Stella Yarbrough, who is one of the counsel for Plaintiffs, hereby moves to withdraw from representation of Plaintiffs in this case and in support shows as follows:

1. The undersigned, Stella Yarbrough ("Ms. Yarbrough"), previously entered an appearance as counsel for Plaintiffs in this case.

2. Ms. Yarbrough is resigning from her role as Legal Director of the American Civil Liberties Union Foundation of Tennessee (ACLU-TN) effective January 23, 2026.

3. Attorneys Ashika Verriest and Brandon Buskey (who were admitted pro hac vice to practice in this Court) from the American Civil Liberties Union Foundation, and Lucas Cameron-Vaughn, and Zee Scout of ACLU-TN (who are members of this Court's bar) also are counsel of record for Plaintiffs in this case, as well as David Elbaum, Nathan May, and Jared Quigley from Simpson Thatcher & Bartlett, LLP, will continue to represent Plaintiffs after Ms. Yarbrough leaves the employment of the American Civil Liberties Union

Foundation of Tennessee.

4. Ms. Yarbrough's withdrawal from the case will not delay any action in the case.

5. Counsel for Defendant have been informed and do not oppose this motion.

6. Plaintiffs have been informed of Ms. Yarbrough's departure and have approved of her doing so.

7. A proposed order granting this motion is being submitted as directed by this Court's Local Rules of Court.

WHEREFORE, it is respectfully requested that attorney Stella Yarbrough be granted leave to withdraw as counsel for Plaintiffs in this case.

Respectfully submitted, this 20th day of January, 2026.

>*/s/ Stella Yarbrough*
> Stella Yarbrough, BPR # 033637
> ACLU FOUNDATION OF TENNESSEE
> P.O. Box 120160
> Nashville, TN 37212
> (615) 320-7142
> syarbrough@aclu-tn.org

**CERTIFICATE OF SERVICE**

      I certify that I will filed this document via the Court's electronic filing system which serves the filing on all counsel of record this 20th day of January, 2026.

      */s/ Stella Yarbrough*