# Exhibit 6:

# Sample Affordable Bail Calculator

# Affordable Bail Calculator

## Earnings

What is your average monthly take home pay (after taxes)?

Monthly Take Home Pay: $ `0`

**Total Monthly Earnings: $0**

## Income From Benefits

Cash Benefits: $ `0`

Unemployment: $ `0`

SSI: $ `0`

SSD: $ `0`

Social Security: $ `0`

Pension/Retirement: $ `0`

Any Other Income?: $ `0`

**Total Monthly Benefits: $0**

## Liquid Assets

How Much Do You Have In:

Checking Account: $ `0`

Savings Account: $ `0`

How Much Cash Do You Have Available Right Now?: $ `0`

**Total Liquid Assets: $0**

Affordable Bail Calculator

## Expenses

How Much Do You Personally Pay For Each Month:

Housing: $ `0`

Utilities: $ `0`

Food & Grocery: $ `0`

Public Transit: $ `0`

Car Payment/Insurance: $ `0`

Gasoline: $ `0`

Phone: $ `0`

Student Loans: $ `0`

Child Support: $ `0`

Medical: $ `0`

TV & Internet: $ `0`

Other: $ `0`

**Total Monthly Expenses: $0**

## Calculations

Total Monthly Earnings: $ 0 + Total Monthly Benefits: $ 0 + Total Liquid Assets: $ 0 - Total Monthly Expenses: $ 0 =

**Total Disposable Income: $ 0**

## Affordable Bail Amount

**Affordable Bail Amount: $ 0**

Clear Form

Affordable Bail Calculator

