# Exhibit 8:

# Sample (Pre-HB 1719) Bail Screening Form

### IN THE GENERAL SESSIONS CRIMINAL COURT OF SHELBY COUNTY

STATE OF TENNESSEE            Division: _____            ODY Case No.: _____

vs

_____            RNI / SO #: _____

DEFENDANT

# BAIL SCREENING FORM

**I, Judicial Commissioner/Judge,** _____, **hereby find:**

In accordance with the powers vested in me by Tennessee law and the United States and State of Tennessee Constitutions, have reviewed the Shelby County Pretrial worksheet attached hereto and the Standing Bail Order (SBO) of the Shelby County General Sessions Courts and have considered the factors under United States and Tennessee law. Tennessee and federal law require the presumption of release of a defendant prior to trial and the imposition of the least restrictive conditions of release that will reasonably ensure the appearance of the person as required and the safety of the community. In light of the above and all relevant factors, I hereby impose the following conditions for the release of Defendant _____:

Considering the above and all relevant factors, THE COURT HEREBY FINDS AND ORDERS the following:
_____

# SECTION I

☐    **1. Release on Recognizance or Unsecured Bail** (T.C.A. § 40-11-115)

    ☐    ROR release ordered

    ☐    Unsecured bail set at $_____

        **AFTER ORDERING ROR OR UNSECURED RELEASE UNDER SECTION I, PROCEED TO SECTION VI.**
_____

# SECTION II

☐    **2. Release on Conditions or Release to Pretrial Services for Conditions Evaluation**

    ☐    Pursuant to T.C.A. § 40-11-116, if the defendant does not qualify for release under T.C.A. § 40-11-115, the Court shall impose the least onerous conditions reasonably likely to assure the defendant's appearance in court. The Court finds that the costs of the required conditions are believed to be affordable or required by law.

**IT IS ORDERED** that the defendant's release is subject to the following conditions:

    ☐    <u>Statutorily Mandated Condition(s)</u>, to be imposed if the defendant is charged with DUI, Vehicular Assault, Aggravated Vehicular Assault, Vehicular Homicide, Aggravated Vehicular Homicide:

| | |
|---|---|
| ☐ Interlock Device | ☐ Random Alcohol or Drug Screens |
| ☐ Transdermal Monitoring Device | ☐ Pre-trial residency in an in-patient alcohol or drug rehabilitation center |

☐ Release to Pretrial Services for further supervision at the following level:

☐ PSA 1  ☐ PSA 2  ☐ PSA 3  ☐ PSA 4  ☐ PSA 5

☐ Other conditions imposed, if any:

☐ AA/NA Meetings                    ☐ Alcohol Monitoring Device

☐ Individual Counseling             ☐ Interlock Device

☐ Random Drug Screens               ☐ Transdermal Monitoring Device

☐ Stay away from Victim/location    ☐ Other (see below):

Other conditions imposed: _____

_____

==AFTER ORDERING RELEASE ON CONDITIONS UNDER SECTION II, PROCEED TO SECTION VI.==

# SECTION III

☐ **3. Release on Affordable Bail**

☐ Pursuant to T.C.A. § 40-11-118 and T.C.A. § 40-11-150, bail shall be set as low as the court determines is necessary to reasonably assure the defendant's appearance in court and the safety of the public and/or community.

☐ **3A. Affordable Bail Amount**
   a. Maximum affordable bail amount as calculated by Vera Tool:        $_____
   b. Actual affordable bail amount ordered, if different from Vera Tool:        $_____
☐ c. Defendant was unavailable, which prevented Pretrial from determining an affordable bail amount. Therefore, affordable bail amount is unknown.

==AFTER ORDERING AFFORDABLE BAIL UNDER SECTION III, PROCEED TO SECTION VI.==

# SECTION IV
IF ORDERING BAIL UNDER T.C.A. § 40-11-148, IT MAY BE UNAFFORDABLE. IF BAIL IS UNAFFORDABLE, YOU MUST FIRST COMPLETE SECTION 5 (5D), THEN PROCEED TO SECTION VI.  IF T.C.A. 40-11-148 DOES NOT APPLY, GO TO SECTION V.

☐ **4. Release Subject to Payment of Bail Under T.C.A. § 40-11-148**

☐ Defendant is being charged for commission of crime while released on bail for a previous offense. Bail must be set according to T.C.A. § 40-11-148.

☐ **Bail Amount Ordered**

   a. Maximum affordable bail amount as calculated by Vera Tool:        $ _____
   b. Bail amount ordered, if different from Vera Tool maximum bail amount:        $ _____

_____

# SECTION V

☐    **5. Risk of Nonappearance by the Defendant and/or Safety of the Public**

### 5A. Threat to Public Safety

☐    Presuming the individual's innocence, based on the totality of circumstances and after careful examination of each of the factors outlined in Section V, and the alternative conditions outlined in Section II that would reasonably assure public safety, the Court finds that the individual poses a threat to the safety of the public that cannot be managed with less-restrictive conditions. The Court has considered the conditions short of detention available to the individual, as outlined in Section II, and found them insufficient.

### 5B. Risk of Nonappearance

☐    Presuming the individual's innocence, based on the totality of circumstances and after careful examination of each of the factors outlined in Section V, and the alternative conditions outlined in Section II that would reasonably assure the individual's future court appearance, the Court finds that the individual poses a risk of nonappearance that cannot be managed with less-restrictive conditions.  The Court has considered the conditions short of detention available to the individual, as outlined in Section II, and found them insufficient.

☐    The Court finds that a Risk of Nonappearance and/or the Safety of the Public as the basis for not ordering Release on Recognizance without supervision based on the following factors:

**Risk of Nonappearance** (required, if applicable):

☐    Length of residence in the community

☐    Defendant's employment status

☐    Family ties and/or relationships

☐    Defendant's prior criminal record including prior releases on recognizance or bail

☐    Apparent probability of conviction and likely sentence

☐    Whether at time of being charged with offense, the defendant was on release pending trial, sentencing or appeal in connection with another offense

☐    Nature of offense, probability of conviction and likely sentence as it relates to risk of nonappearance

☐    Substance use or mental health issues that would be better addressed in a community-based treatment program

☐    Any other factors indicating defendant's ties to community or bearing on defendant's risk of willful failure to appear:

**Safety of the Public** (required, if applicable):

☐    Length of residence in the community, family ties and relationships

☐    Defendant's employment status and history and financial condition

☐    Defendant's reputation, character, and mental condition

☐    Defendant is the subject of a protective order

☐    Used or displayed a deadly weapon

☐    Nature of offense, probability of conviction and likely sentence as it relates to risk of nonappearance

☐    Defendant's prior criminal record, record of appearance at court proceedings, record of flight to avoid prosecution or failure to appear at court proceedings; likelihood that defendant's prior criminal record will pose a risk of danger to the community

☐    Criminal history involving domestic violence convictions and/or violations of protective orders

☐ Threat to alleged victim

_____

_____

☐ Pretrial, probation, parole, or supervised
release status and compliance

☐ Any other factors bearing on the defendant's
risk to public safety:

_____

_____

**5C. Bail Required**

☐ I, Judicial Commissioner_____, considered all the factors found in T.C.A. § 40-11-118 and T.C.A. § 40-11-150 and reviewed the list of conditions short of detention available to the individual. After my review, I **find** that no combination of available conditions will serve to reasonably assure this individual's future court appearance and the safety of the public.

**5D. Unaffordable Bail Ordered**
IF ORDERING UNAFFORDABLE BAIL, THIS PART MUST BE COMPLETED.

**I hereby find the following:**

☐ **Further Bail Hearing Required Pursuant to Standing Bail Order:**
a. Unaffordable Bail Amount Set:                                         $_____
b. No Bail Set Until Further Hearing

# SECTION VI

**The Court hereby ORDERS**:

**Bail Amount Set: $_____**

_____
Judicial Commissioner / Judge Signature

_____
Date