# Exhibit 9:

# May 23, 2024 Email from Commissioner Purifoy to Judicial Commissioners and Pretrial Services

**From:** Bramley, Jacquelyn on behalf of Bramley, Jacquelyn <Jacquelyn.Bramley@memphistn.gov>
**Sent:** Thursday, May 23, 2024 12:03 AM
**To:** Purifoy, Shayla
**Subject:** Re: Good morning


Good Morning

Jacquelyn Bramley
Memphis Police Department
Office Support Clerk
ADE Office
201 Poplar Avenue
Memphis TN 38103
Room 1056A
jacquelyn.bramley@memphistn.gov
Office # 901-636-3565
Cell # 901-864-7356

---

**From:** Purifoy, Shayla <Shayla.Purifoy@shelbycountytn.gov>
**Sent:** Thursday, May 23, 2024 12:00 AM
**To:** Peppers, DAsia <DAsia.Peppers@memphistn.gov>; GS 24 HR Clerk <GS24HRClerk@shelbycountytn.gov>; PTS Jail <PTS_Jail@shelbycountytn.gov>; Judicial Commissioners <JC@shelbycountytn.gov>; Bramley, Jacquelyn <Jacquelyn.Bramley@memphistn.gov>; Haymond, Teara <Teara.Haymond@memphistn.gov>; Sykes, Cassandra <Cassandra.Sykes@memphistn.gov>; Moses, Sheila <Sheila.Moses@memphistn.gov>; Leake, Stacy <Stacy.Leake@memphistn.gov>
**Subject:** Good morning

**CAUTION:** This email originated outside of the **City of Memphis** organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

---

Good morning everyone. I am logged in. Have a great night.

Please note:

Please do not include affordable bail information, numbers, or Vera calculator information. Gov. Lee signed law prohibiting us from considering it effective immediately.

Please include all MPD bond recommendation sheets with your packets. If you prefer, you may just note the MPD bond amount number in your case history. If they did not make a recommendation, I would like to know that information. You will only see bond recommendations for felonies.

After 3 am, 3 bonds at a time unless defendant has multiple charges.

Thank you.

Sincerely,

SC00411

Judicial Commissioner, Shayla Purifoy

<u>9012223720; 8211187</u>

Go to meetings link: <u>https://global.gotomeeting.com/join/648144381</u>

SC00412