# Exhibit 10:

# February 12, 2024

# Fiscal Memorandum on

# HB 1719

**TENNESSEE GENERAL ASSEMBLY**
**FISCAL REVIEW COMMITTEE**



# FISCAL MEMORANDUM

## HB 1719 - SB 2565

February 12, 2024

**SUMMARY OF BILL AS AMENDED (013684):**   Requires a magistrate to not consider the defendant's ability to pay when determining the amount of bail necessary to reasonably assure the appearance of the defendant while protecting the safety of the public.


**FISCAL IMPACT OF BILL AS AMENDED:**

### NOT SIGNIFICANT

Assumptions for the bill as amended:

- The proposed legislation does not change any considerations or requirements regarding whether or not a defendant should be released on bail.  It is only relevant to the process of determining the amount of bail to be set.
- Pursuant to Tenn. Code Ann. § 40-11-118(a)(2), bail must be set as low as the court determines is necessary to reasonably assure the appearance of the defendant.
- Pursuant to Tenn. Code Ann. § 40-11-118(b), the factors a magistrate must consider when determining the amount of bail to be set:
    - the defendant's length of residence in the community;
    - the defendant's employment status and history and financial condition;
    - the defendant's family ties and relationships;
    - the defendant's reputation, character and mental condition;
    - the defendant's prior criminal record, record of appearance at court proceedings, record of flight to avoid prosecution or failure to appear at court proceedings;
    - the nature of the offense and the apparent probability of conviction and the likely sentence;
    - the defendant's prior criminal record and the likelihood that because of that record the defendant will pose a risk of danger to the community;
    - the identity of responsible members of the community who will vouch for the defendant's reliability; however, no member of the community may vouch for more than two (2) defendants at any time while charges are still pending or a forfeiture is outstanding; and
    - any other factors indicating the defendant's ties to the community or bearing on the risk of the defendant's willful failure to appear.
- The proposed legislation would not remove any of the current considerations, but would add a stipulation related to the consideration of the defendant's financial condition that

### HB 1719 - SB 2565

would require the magistrate to not consider that condition in the context of the defendant's ability to pay.

- Given the number and breadth of additional factors under mandatory consideration, and the requirements of Tenn. Code Ann. § 40-11-118(a)(2), it is assumed that the amount of bail set will not ordinarily deviate significantly from the amount at which it would have been set were the ability of the defendant to pay included in the consideration.
- Accordingly, it is not estimated to result in a significant number of additional defendants failing to meet bail, that otherwise would have, due to the bail being set at an unattainable amount.
- Any fiscal impact to state or local government related to increased incarceration is therefore estimated to be not significant.

## CERTIFICATION:

The information contained herein is true and correct to the best of my knowledge.

Krista Lee Carsner, Executive Director

/jj

**HB 1719 - SB 2565**

2