# Exhibit 12:

# Declaration of

# Deangelo Towns

## DECLARATION OF _Deangelo Towns_

I, _Deangelo Towns_, certify under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1. I am over the age of 18 and am competent to make this declaration.

2. I am currently detained in the Shelby County jail.

3. I cannot afford to pay the amount of bail that has been ordered for me to pay.

4. On _Oct 8, 2024_, I was arrested and booked into the Shelby County Jail.

5. I was told by _Intake Officer_ that the amount of bail I would need to pay is _$10,000_.

6. I did not see a judge before this bail amount was set.

7. No one at the jail asked me what I was able to pay before this bail amount was set.

8. On about _Oct. 10, 2024_, I went to court and appeared before a judge.

9. The judge did not ask me whether I could afford to pay my bail amount.

10. The judge set my bail at _$25,000_.

11. I still cannot afford that bail amount.

12. If I could pay, I would pay the bail and be released from custody.

13. I met with _Ashika Verriest and Nathan May_, who explained this case and the responsibilities of a class representative. They answered all my questions.

14. I will fulfill the responsibilities of a class representative in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.
Executed this _____4_____ day of March, 2025 in Memphis, Tennessee.