AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Western District of Tennessee

| | | |
|---|---|---|
| Just City, Inc. et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:24-cv-02540-TLP-tmp |
| Bonner et al | ) | |
| *Defendant* | ) | |

### APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Tennessee - Intervenor                                                    .

Date:     07/28/2026

s/ Andrew D. Denning
*Attorney's signature*

Andrew D. Denning (BPR#042208)
*Printed name and bar number*

Assistant Attorney General
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207

*Address*

Andrew.Denning@ag.tn.gov
*E-mail address*

(615) 253-1103
*Telephone number*

(615) 532-4994
*FAX number*