**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

---

JUST CITY, INC., and class representatives DEANGELO TOWNS and MARSHAWN BARNES, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SHERIFF FLOYD BONNER, JR., et al.,

Defendants,

and

STATE OF TENNESSEE,

Intervenor.

No. 2:24-cv-02540-TLP-tmp

---

**JUDGMENT**

---

**JUDGMENT BY COURT**. This action came before the Court on Plaintiff's Complaint, filed on July 31, 2026. (ECF No. 1.) In accordance with the Order Denying Plaintiffs' Motion for Summary Judgment (ECF No. 147), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

August 24, 2026
Date